**Motion for Rehearing Granted, Memorandum Opinion filed February 14, 2019, Withdrawn, Appeal Reinstated, and Order filed March 26, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00901-CV

———————

### LOYD LANDON SORROW, SR., Appellant

### V.

### HARRIS COUNTY SHERIFF, UNIVERSITY OF TEXAS SCIENCE CENTER OF HOUSTON, AND MEDICAL DOCTOR SEAL, Appellees

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-33383**

## ORDER

On February 14, 2019, this court issued an opinion dismissing this appeal. On February 27, 2019, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed February 14, 2019, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED**. Appellant's brief is due 30 days from the date of this order.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.